UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61219-CIV-DIMITROULEAS

JAMES K. FIANO,

    Plaintiff,

vs.

WILLIAMS & FUDGE, INC.,

    Defendant.

_____/

**ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon Plaintiff, James K. Fiano's Notice of Voluntary Dismissal with Prejudice [DE-4] filed on September 30, 2009.  The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Voluntary Dismissal with Prejudice [DE-4] is hereby **APPROVED**;

2. Defendant, Williams & Fudge, Inc. is hereby **DISMISSED with prejudice** from this action.

3. The Clerk shall close this case;

4. All pending motions are hereby denied as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

30th day of September, 2009.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record